UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 15-00766-RAO   Date: December 4, 2015
Title: Christine M. Raju v. Carolyn W. Colvin

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

On September 23, 2015, the Court extended the briefing schedule in this matter. Dkt. No. 21. Pursuant to the Court's order extending the briefing schedule, Plaintiff had until October 26, 2015 to file her Memorandum in Support of Complaint and the Commissioner had "30 days after service of Plaintiff's Memorandum (on or before November 25, 2015)" to file her Memorandum in Support of Answer. *Id.* On October 26, 2015, Plaintiff filed her memorandum. Dkt. No. 22. As of the date of this Order, however, the Commissioner has not filed her memorandum.

In light of the foregoing, IT IS HEREBY ORDERED that the Commissioner must show cause, in writing, on or before **December 11, 2015** why this action should not be dismissed for failure to prosecute. **The Commissioner's failure to timely comply with this Order, or to file her Memorandum in Support of Answer, will result in dismissal of this action.**

   **IT IS SO ORDERED.**

                                                                   :
                                       Initials of Preparer      gr