WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

**FILED**
CLERK, U.S. DISTRICT COURT

**08/23/16**

CENTRAL DISTRICT OF CALIFORNIA
BY: ____GR____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE M. RAJU, ) | CASE NO.: **EDCV 15-00766 RAO** |
| Plaintiff, ) | ORDER AWARDING |
| ) | EAJA FEES |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND FIVE HUNDRED DOLLARS and 00/cents ($2,500.00), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: August 23, 2016

_Rozella A. Oliver_
_____
HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

1